IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STACIE EVANS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SHAN L. ZHANG and | : | |
| SHANLANG ZHANG | : | NO. 17-3801 |

## ORDER

**NOW**, this 12th day of October, 2017, upon consideration of the Plaintiff Stacie Evans' Motion to Remand (Document No. 3), and the defendant Shan L. Zhang's response, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that, pursuant to 28 U.S.C. § 1447(c), this action is **REMANDED** to the state court from which it was removed for lack of subject matter jurisdiction.

/s/TIMOTHY J. SAVAGE